UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRITANY CORDOBA, on behalf of herself and all others similarly situated,<br><br>                           Plaintiff,<br><br>     -against-<br><br>GLOSSIER, INC.,<br><br>                       Defendant. | 1:25-CV-8342-CAV<br><br>**NOTICE OF VOLUNTARY DISMISSAL UNDER RULE 41(A)(1)(A)(i)** |

Plaintiff, Britany Cordoba, ("Plaintiff") by and through her undersigned counsel, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, that she is voluntarily dismissing the above action with prejudice.

Dated: New York, New York
January 29, 2026

**JOSEPH & NORINSBERG, LLC**
By: *Robert Schonfeld*

Robert Schonfeld, Esq.
Jon L. Norinsberg, Esq.
825 Third Avenue, Suite 2100
New York, New York 10022
Tel: (212)227-5700
rschonfeld@employeejustice.com
jon@norinsberglaw.com